1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9           MIDDLE DISTRICT OF FLORIDA

10

11                                              8:16cv 2641T33 JSS

Amit Agarwal,                          Civil Action No. _____

12

13                 Plaintiff,          **COMPLAINT AND DEMAND FOR**

14                                      **JURY TRIAL**

15        v.

16   Topgolf International, Inc.

17                 Defendant.

18
19
20
21

22            <u>**Complaint for Patent Infringement**</u>

23        Amit Agarwal ("Amit") sues Topgolf International, Inc. ("Topgolf") for

24   willful and direct infringement of method claims 1 and 6 of U.S. Patent 5,370,389

     ("the '389 patent") in violation of 35 U.S.C. § 271(a) due to Topgolf's provision of

25   point-scoring games like TopGolf, TopScore, TopScramble, and TopDrive in its

26   Alexandria, VA, Dallas, TX, and Allen, TX locations between September 14, 2010

27   and September 25, 2012 in violation of 35 U.S.C. § 271(a).

28

## Nature of the Action

1.  This is a patent infringement lawsuit featuring the pioneering, foundational high-tech golf range patent (the '389 patent) with a priority date of September 25, 1992 on the one hand and Topgolf, a modern-day operator of several high-tech golf ranges whose own patent portfolio repeatedly cites the '389 patent as the earliest patent in this field.

2.  The '389 patent's method claims 1 and 6 ("Asserted Claims") revolutionized the boring, slow sport of golf by infusing the golf driving range experience with technology. The invention teaches providing golf balls with identifying characteristics. The golfer strikes these ID'd balls into the range. Asymmetrical, concave slopes (pictured below) at the target greens ensure that the incoming golf balls are captured and guided toward a receptacle hole where a sensor awaits. The sensor figures out which golfer hit which ball. More points are allocated to the golfer hitting down the center of the fairway than the golfer who slices or hooks the ball on the left or right side. The '389 patent covers the end-to-end process relating to playing point-scoring games at high-tech golf courses.



FIG. 4C

1    3.  Topgolf willfully and directly infringed these claims between September 14,

2    2010 and September 25, 2012 by providing point-scoring games like TopGolf,

3    TopScore, TopScramble, and TopDrive at its Alexandria, VA, Dallas, TX, and

4    Allen, TX driving ranges. At each of these ranges, Topgolf provided golf balls with

5    RFID chips, used RFID sensors on the field, directed and controlled its players to

6    strike golf balls at the tees, installed asymmetrical concave sloped profiles out on

7    the deep portion of the fairway ("black" targets) to capture and guide the incoming

8    golf balls toward receptacle holes equipped with RFID sensors, and finally indexed

9    the golfer's score on the scoring device that Topgolf provided at each tee.

10    //

11    //

12    //

13    //

14    //

15    //

16    //

17    //

18    //

19    //

20    //

21    //

22    //

23    //

24    //

25    //

26    //

27    //

28    //

1      4. As just one example of the willful flavor of the direct infringement in this

2 suit, consider that the '389 patent taught the technology of asymmetrical sloped

3 surfaces for the target greens way back in 1994. Topgolf cited the very same '389

4 patent as the earliest prior art in patent after patent, only to turn around and

5 blatantly implement *the identical* technology in its ranges.



Patent Fig. 4C

<u>Parties</u>

     5. Amit Agarwal of 14420 Edinburgh Moor Drive, Wimauma, FL 33598 is a

private investor and the assignee of the '389 patent with the exclusive right

expressly stated in the assignment agreement to sue parties like Topgolf for past

infringement. Because 35 U.S.C. § 286 bars recovery for infringement committed

more than six years prior to the filing of this complaint, this suit seeks damages for

Topgolf's willful and direct infringement for the two-year-plus period between

4

1   September 14, 2010 (six years before filing date of this suit) and September 25,

2   2012 (patent expiry date).

3      6.  Topgolf International Inc. of 8750 North Central Expressway, Dallas, TX

4   75231 operates several high-tech golf driving ranges throughout the country.

5   Between September 14, 2010 and September 25, 2012, Topgolf operated four high-

6   tech golf driving ranges within the United States, in Wood Dale, IL, Alexandria,

7   VA, Dallas, TX, and Allen, TX.

8                          **Jurisdiction and Venue**

9      7.  **Subject Matter Jurisdiction:** This civil action arises under the United State

10  Patent Act codified in 35 U.S.C. § 271(a)—an Act of Congress relating to patents.

11  This Court has original jurisdiction to hear any civil action arising under an Act of

12  Congress relating to patents such as the Patent Act. 28 U.S.C. § 1338(a). Thus, this

13  Court has subject matter jurisdiction.

14     8.  **Personal Jurisdiction:** Since December 19, 2014, Topgolf has (1) operated a

15  65,000 square-feet high-tech golf driving range at 10690 Palm River Road, Tampa,

16  FL 33619; (2) hired 450+ employees; (3) hosted 533,711 customers in 2015 alone

17  and; (4) is presently constructing two more locations in Jacksonville, Florida, and

18  Orlando, Florida. Topgolf's ties to Florida, therefore, are both continuous and

19  systematic. Although the patent infringement alleged in this suit occurred only in

20  the states of Texas and Virginia during the Infringement Period, this Court still has

21  general personal jurisdiction over Topgolf based on its continuous and systematic

22  contacts to Florida.

23     9.  **Venue:** Tampa, Jacksonville, and Orlando—the sites of Topgolf's active and

24  prospective locations respectively—are all in the Middle District of Florida.

25  Topgolf's continuous and systematic contacts with this District suffice to subject it

26  to personal jurisdiction in the Middle District of Florida were it a separate state. As

27  such, Topgolf is deemed to reside in the Middle District of Florida under 28 U.S.C.

28

1 § 1391(d). Therefore, under 28 U.S.C. § 1391(b)(1), this civil action may be

2 brought in the Middle District of Florida where Topgolf is deemed to reside.

3 **Factual Allegations**

4 10. About half of Topgolf's global patent portfolio cites the '389 patent as one of

5 the earliest prior art references in this field (Topgolf's U.S. Patent Nos. 7,160,196

6 (issued Jan. 9, 2007), 7,056,221 (issued Jun. 6, 2006), and 6,607,123 (issued Aug.

7 19, 2003)). On information and belief based on these citations in Topgolf's patents,

8 all of which name Topgolf's founders as the inventors, Amit alleges that Topgolf

9 knew about the '389 patent well before September 14, 2010, the start date of the

10 accused willful and direct infringement in this case.

11 11. On information and belief based on a review of Topgolf's online publications

12 entitled "fact sheets" on various locations, Amit alleges that Topgolf operated high-

13 tech golf driving ranges in Alexandria, VA, Dallas, TX, and Allen, TX between

14 September 14, 2010 and September 25, 2012. *See* topgolf.com/us/company/press-

15 room/fact-sheets/alexandria/; topgolf.com/us/company/press-room/fact-

16 sheets/dallas/; *and* topgolf.com/us/company/press-room/fact-sheets/allen/.

17 //

18 //

19 //

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

1      12.On information and belief based on the below photographs taken in

2   September 2016 during site visits, Amit alleges that between September 14, 2010

3   and September 25, 2012 in its Alexandria, VA, Dallas, TX, and Allen, TX golf

4   ranges, Topgolf provided a plurality of golfing tees.

5       **Allen, TX**         **Dallas, TX**        **Alexandria, VA**

  

 

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

13. On information and belief based on the below photographs taken in September 2016 during site visits, Amit alleges that between September 14, 2010 and September 25, 2012 in its Alexandria, VA, Dallas, TX, and Allen, TX golf ranges, at each tee Topgolf provided an associated scoring device.

| Allen, TX | Dallas, TX | Alexandria, VA |
|---|---|---|



14. On information and belief based on the below photographs taken in September 2016 during site visits, Amit alleges that between September 14, 2010 and September 25, 2012 in its Alexandria, VA, Dallas, TX, and Allen, TX golf ranges, at each tee Topgolf provided a plurality of golf balls. In the Allen/Dallas locations, the golf balls are stored inside the black boxes depicted below and dispensed by waving a golf club in front of the pictured hole under the white flag image.

| Allen, TX | Dallas, TX | Alexandria, VA |
|---|---|---|



15.   On information and belief based on sawing open a Topgolf-branded golf ball found abandoned outside a Topgolf facility, Amit alleges that between September 14, 2010 and September 25, 2012 in its Alexandria, VA, Dallas, TX, and Allen, TX golf ranges, Topgolf provided each golf ball with an identifying characteristic which made it possible to determine from which tee the golf ball originated.

| Topgolf ball sawed open | RFID chip extracted |
|---|---|
|  |  |

16.   On information and belief based on an internet article entitled "RFID Scores Well at Topgolf's Newest Entertainment Complex" dated January 3, 2012, available at http://www.rfidjournal.com/articles/pdf?9083, Amit alleges that between May 23, 2011 and September 25, 2012 in its Allen, TX golf range, Topgolf equipped each of its golf balls with LF and UHF Impinj Monza 3 RFID tag chips with unique EPC numbers encoded on it.

17.   On information and belief based on a review of Topgolf's website, Amit alleges that between September 14, 2010 and September 25, 2012 in its Alexandria, VA, Dallas, TX, and Allen, TX golf ranges or on its internet website running during that time, Topgolf provided this or a similar instruction to its players or members, "Members and guests must hit from the mat. No running starts or other movement that would move your feet from the mat during your swing are allowed." *See* http://topgolf.com/us/company/membership-agreement/

9

18.  On information and belief based on a review of Topgolf's website, Amit alleges that between September 14, 2010 and September 25, 2012 in its Alexandria, VA, Dallas, TX, and Allen, TX golf ranges or on its internet website running during that time, Topgolf provided this or a similar instruction to its players or members, "Only the player taking a turn is allowed near or on the mat. All other guests must stand behind the red line at all times until their turn to hit. Members and guests are responsible for the safety of others around them and should always check their surroundings before swinging a club." *Id.*

19.  On information and belief based on a review of Topgolf's website, Amit alleges that between September 14, 2010 and September 25, 2012 in its Alexandria, VA, Dallas, TX, and Allen, TX golf ranges or on its internet website running during that time, Topgolf provided this or a similar instruction to its members or players, "Aim for the targets at all times. Hitting golf balls over the boundary netting is prohibited, and guests are responsible for damages or injuries caused by any balls hit outside of the premises." *Id.*

20.  On information and belief based on a review of Topgolf's website, Amit alleges that between September 14, 2010 and September 25, 2012 in its Alexandria, VA, Dallas, TX, and Allen, TX golf ranges or on its internet website running during that time, Topgolf provided this or a similar instruction to its members or players, "Throwing golf balls is prohibited." *Id.*

21.  On information and belief based on a review of Topgolf's website, Amit alleges that between September 14, 2010 and September 25, 2012 in its Alexandria, VA, Dallas, TX, and Allen, TX golf ranges or on its internet website running during that time, Topgolf provided this or a similar instruction to its members or players, "Only dispense and hit one golf ball at a time." *Id.*

22.  On information and belief based on a review of Topgolf's website, Amit alleges that between September 14, 2010 and September 25, 2012 in its Alexandria, VA, Dallas, TX, and Allen, TX golf ranges or on its internet website running during

1   that time, Topgolf provided this or a similar instruction to its members or players,

2   "Guests under 16 should be supervised by an adult when playing." *Id.*

3       23.  On information and belief based on a review of Topgolf's website, Amit

4   alleges that between September 14, 2010 and September 25, 2012 in its Alexandria,

5   VA, Dallas, TX, and Allen, TX golf ranges or on its internet website running during

6   that time, Topgolf provided this or a similar instruction to its members or players,

7   "All Members and guests must stay behind the red line at all times. Please take

8   extra care when playing from upstairs bays." *Id.*

9       24.  On information and belief based on the below photograph taken in

10  September 2016 during a site visit to Allen, Texas, Amit alleges that between May

11  23, 2011 and September 25, 2012 in its Allen, Texas golf range, Topgolf provided a

12  plurality of target greens which were remotely located 235 yards away from the

13  plurality of golfing tees.



26  //

27  //

28

25. On information and belief based on the below photograph taken in September 2016 during a site visit to Dallas, Texas, Amit alleges that between September 14, 2010 and September 25, 2012 in its Dallas, Texas golf range, Topgolf provided a plurality of target greens which were remotely located 250 yards away from the plurality of golfing tees.



//
//
//
//
//
//
//
//

1    26. On information and belief based on the below photograph taken in

2  September 2016 during a site visit to Alexandria, VA, Amit alleges that between

3  September 14, 2010 and September 25, 2012 in its Alexandria, Virginia golf range,

4  Topgolf provided a plurality of target greens which were remotely located from the

5  plurality of golfing tees

1   27.  On information and belief based on the below photograph taken in

2   September 2016 during a site visit to Allen, Texas, Amit alleges that between May

3   23, 2011 and September 25, 2012 in its Allen, Texas golf range, each target green

4   had a front portion and a rear portion as indicated below.



19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

14

28. On information and belief based on the below photograph taken in September 2016 during a site visit to Dallas, Texas, Amit alleges that between September 14, 2010 and September 25, 2012 in its Dallas, Texas golf range, each target green had a front portion and a rear portion as indicated below.



//
//
//
//
//
//
//
//

15

29.  On information and belief based on the below photograph taken in September 2016 during a site visit to Alexandria, VA, Amit alleges that between September 14, 2010 and September 25, 2012 in its Alexandria, Virginia golf range, each target green had a front portion and a rear portion as indicated below.



//

//

30.   On information and belief based on the below photograph taken in September 2016 during a site visit to Allen, Texas, Amit alleges that between May 23, 2011 and September 25, 2012 in its Allen, Texas golf range, Topgolf provided each target green with a receptacle hole.



31.   On information and belief based on the below photograph taken in September 2016 during a site visit to Dallas, Texas, Amit alleges that between September 14, 2010 and September 25, 2012 in its Dallas, Texas golf range, Topgolf provided each target green with a receptacle hole.



32. On information and belief based on the below photograph taken in September 2016 during a site visit to Alexandria, Virginia, Amit alleges that between September 14, 2010 and September 25, 2012 in its Alexandria, Virginia golf range, Topgolf provided each target green with a receptacle hole.



18

1     33.  On information and belief based on the below photograph taken in
2 September 2016 during a site visit to Allen, Texas and the accompanying
3 illustration, Amit alleges that between May 23, 2011 and September 25, 2012 in its
4 Allen, Texas golf range, Topgolf sloped the surface of each target green in a
5 manner to cause a golf ball that landed upon the target green to roll into the
6 receptacle hole.



7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23 //
24 //
25 //
26 //
27 //
28 //

34.  On information and belief based on the below photograph taken in September 2016 during a site visit to Dallas, Texas, Amit alleges that between September 14, 2010 and September 25, 2012 in its Dallas, Texas golf range, Topgolf sloped the surface of each target green in a manner to cause a golf ball that landed upon the target green to roll into the receptacle hole.



//
//
//
//
//
//
//

20

35. On information and belief based on the below photograph taken in September 2016 during a site visit to Alexandria, Virginia, Amit alleges that between September 14, 2010 and September 25, 2012 in its Alexandria, Virginia golf range, Topgolf sloped the surface of each target green in a manner to cause a golf ball that landed upon the target green to roll into the receptacle hole.



//

//

//

21

36. On information and belief based on the below photograph taken in September 2016 during a site visit to Allen, Texas, Amit alleges that between May 23, 2011 and September 25, 2012 in its Allen, Texas golf range, Topgolf's sloped surface formed an asymmetrical concave shape.

37. On information and belief based on the below photograph taken in September 2016 during a site visit to Dallas, Texas, Amit alleges that between September 14, 2010 and September 25, 2012 in its Dallas, Texas golf range, Topgolf's sloped surface formed an asymmetrical concave shape.

38. On information and belief based on the below photograph taken in September 2016 during a site visit to Alexandria, Virginia, Amit alleges that between September 14, 2010 and September 25, 2012 in its Alexandria, Virginia golf range, Topgolf's sloped surface formed an asymmetrical concave shape.



Patent Fig. 4C

39.  On information and belief based on the below photograph taken in September 2016 during a site visit to Allen, Texas, Amit alleges that between May 23, 2011 and September 25, 2012 in its Allen, Texas golf range, Topgolf's sloped surface had a receptacle hole at its lowest point.

40.  On information and belief based on the below photograph taken in September 2016 during a site visit to Dallas, Texas, Amit alleges that between September 14, 2010 and September 25, 2012 in its Dallas, Texas golf range, Topgolf's sloped surface had a receptacle hole at its lowest point.

41.  On information and belief based on the below photograph taken in September 2016 during a site visit to Alexandria, Virginia, Amit alleges that between September 14, 2010 and September 25, 2012 in its Alexandria, Virginia golf range, Topgolf's sloped surface had a receptacle hole at its lowest point.

| Allen, TX | Dallas, TX | Alexandria, VA |
|---|---|---|
|  | | |

//
//
//
//
//
//
//
//

1    42.  On information and belief based on the below photograph taken in
2    September 2016 during a site visit to Allen, Texas, Amit alleges that between May
3    23, 2011 and September 25, 2012 in its Allen, Texas golf range, Topgolf's sloped
4    surface had a profile, as viewed from the side of said target green, which was
5    greatest in elevation at its rearmost end located at the rear portion of the target
6    green furthest from said golfing tees.



7
8
9
10
11
12
13
14
15
16
17
18
19    //
20    //
21    //
22    //
23    //
24    //
25    //
26    //
27    //
28

43. On information and belief based on the below photograph taken in September 2016 during a site visit to Dallas, Texas, Amit alleges that between September 14, 2010 and September 25, 2012 in its Dallas, Texas golf range, Topgolf's sloped surface had a profile, as viewed from the side of said target green, which was greatest in elevation at its rearmost end located at the rear portion of the target green furthest from said golfing tees.



"greatest in elevation at its rearmost end located at the rear portion of the target green furthest from said golfing tees"

//
//

44.   On information and belief based on the below photograph taken in
September 2016 during a site visit to Alexandria, Virginia, Amit alleges that
between September 14, 2010 and September 25, 2012 in its Alexandria, Virginia
golf range, Topgolf's sloped surface had a profile, as viewed from the side of said
target green, which was greatest in elevation at its rearmost end located at the rear
portion of the target green furthest from said golfing tees.



//
//
//
//

45. On information and belief based on the below photograph taken in September 2016 during a site visit to Allen, Texas, Amit alleges that between May 23, 2011 and September 25, 2012 in its Allen, Texas golf range, Topgolf's target greens' slopes had a profile continuously sloping downward, toward the front portion of the target green nearest to said golfing tees, until arriving at the receptacle hole.

46. On information and belief based on the below photograph taken in September 2016 during a site visit to Dallas, Texas, Amit alleges that between September 14, 2010 and September 25, 2012 in its Dallas, Texas golf range, Topgolf's target greens' slopes had a profile continuously sloping downward, toward the front portion of the target green nearest to said golfing tees, until arriving at the receptacle hole.

47. On information and belief based on the below photograph taken in September 2016 during a site visit to Alexandria, Virginia, Amit alleges that between September 14, 2010 and September 25, 2012 in its Alexandria, Virginia golf range, Topgolf's target greens' slopes had a profile continuously sloping downward, toward the front portion of the target green nearest to said golfing tees, until arriving at the receptacle hole.

| Allen, TX | Dallas, TX | Alexandria, VA |
|---|---|---|
|  |  |  |

//

//

27

1    48.   On information and belief based on the below photograph taken in
2    September 2016 during a site visit to Allen, Texas, Amit alleges that between May
3    23, 2011 and September 25, 2012 in its Allen, Texas golf range, Topgolf's target
4    greens' downward slopes travelled substantially more than one-half the distance
5    between the front and rear portions of the target green.

6    49.   On information and belief based on the below photograph taken in
7    September 2016 during a site visit to Dallas, Texas, Amit alleges that between
8    September 14, 2010 and September 25, 2012 in its Dallas, Texas golf range,
9    Topgolf's target greens' downward slopes travelled substantially more than one-
10   half the distance between the front and rear portions of the target green.

11   50.   On information and belief based on the below photograph taken in
12   September 2016 during a site visit to Alexandria, Virginia, Amit alleges that
13   between September 14, 2010 and September 25, 2012 in its Alexandria, Virginia
14   golf range, Topgolf's target greens' downward slopes travelled substantially more
15   than one-half the distance between the front and rear portions of the target green.

| Allen, TX | Dallas, TX | Alexandria, VA |
|---|---|---|
|  |  |  |

//

51.  On information and belief based on the below photograph taken in September 2016 during a site visit to Allen, Texas, Amit alleges that between May 23, 2011 and September 25, 2012 in its Allen, Texas golf range, the profile of Topgolf's slopes, as it continued forward from the receptacle hole, continuously sloped upward toward the front portion of the target green.

52.  On information and belief based on the below photograph taken in September 2016 during a site visit to Dallas, Texas, Amit alleges that between September 14, 2010 and September 25, 2012 in its Dallas, Texas golf range, the profile of Topgolf's slopes, as it continued forward from the receptacle hole, continuously sloped upward toward the front portion of the target green.

53.  On information and belief based on the below photograph taken in September 2016 during a site visit to Alexandria, Virginia, Amit alleges that between September 14, 2010 and September 25, 2012 in its Alexandria, Virginia golf range, the profile of Topgolf's slopes, as it continued forward from the receptacle hole, continuously sloped upward toward the front portion of the target green.

| Allen, TX | Dallas, TX | Alexandria, VA |
|---|---|---|



54.  On information and belief based on the below photograph taken in September 2016 during a site visit to Allen, Texas, Amit alleges that between May 23, 2011 and September 25, 2012 in its Allen, Texas golf range, the frontmost end

of the profile of Topgolf's slopes, located at the forward portion of the target green had an elevation that is significantly lower than that at its rearmost end.

55.  On information and belief based on the below photograph taken in September 2016 during a site visit to Dallas, Texas, Amit alleges that between September 14, 2010 and September 25, 2012 in its Dallas, Texas golf range, the frontmost end of the profile of Topgolf's slopes, located at the forward portion of the target green had an elevation that is significantly lower than that at its rearmost end.

56.  On information and belief based on the below photograph taken in September 2016 during a site visit to Alexandria, Virginia, Amit alleges that between September 14, 2010 and September 25, 2012 in its Alexandria, Virginia golf range, the frontmost end of the profile of Topgolf's slopes, located at the forward portion of the target green had an elevation that is significantly lower than that at its rearmost end.

| Allen, TX | Dallas, TX | Alexandria, VA |
|---|---|---|
|  | | |

57.  On information and belief based on the below photograph taken in September 2016 during a site visit to Allen, Texas, Amit alleges that between May 23, 2011 and September 25, 2012 in its Allen, Texas golf range, the upward slope of Topgolf's target green's profile traveled substantially less than one-half the distance between the front and rear portions of the target green.

1    58.  On information and belief based on the below photograph taken in
2    September 2016 during a site visit to Dallas, Texas, Amit alleges that between
3    September 14, 2010 and September 25, 2012 in its Dallas, Texas golf range, the
4    upward slope of Topgolf's target green's profile traveled substantially less than
5    one-half the distance between the front and rear portions of the target green.
6    59.  On information and belief based on the below photograph taken in
7    September 2016 during a site visit to Alexandria, Virginia, Amit alleges that
8    between September 14, 2010 and September 25, 2012 in its Alexandria, Virginia
9    golf range, the upward slope of Topgolf's target green's profile traveled
10   substantially less than one-half the distance between the front and rear portions of
11   the target green.



| Allen, TX | Dallas, TX | Alexandria, VA |

19   //
20   //
21   //
22   //
23   //
24   //
25   //
26   //
27   //

60. On information and belief based on the below photograph taken in September 2016 during a site visit to Allen, Texas, *and* based on review of an internet article entitled "RFID Scores Well at Topgolf's Newest Entertaniment Complex" dated January 3, 2012, available at http://www.rfidjournal.com/articles/pdf?9083, Amit alleges that between May 23, 2011 and September 25, 2012 in its Allen, Texas golf range, Topgolf used sensors to read identifying characteristics of the golf ball and identified from which of the plurality of golfing tees the golf ball originated.

61. On information and belief based on the below photograph taken in September 2016 during a site visit to Dallas, Texas, *and* based on review of an internet article[1] entitled "RFID Scores Well at Topgolf's Newest Entertaniment Complex" dated January 3, 2012, available at http://www.rfidjournal.com/articles/pdf?9083, Amit alleges that between September 14, 2010 and September 25, 2012 in its Dallas, Texas golf range, Topgolf used sensors to read identifying characteristics of the golf ball and identified from which of the plurality of golfing tees the golf ball originated.

62. On information and belief based on the below photograph taken in September 2016 during a site visit to Alexandria, Virginia, *and* based on review of an internet article entitled "RFID Scores Well at Topgolf's Newest Entertaniment Complex" dated January 3, 2012, available at http://www.rfidjournal.com/articles/pdf?9083, Amit alleges that between September 14, 2010 and September 25, 2012 in its Alexandria, Virginia golf range, Topgolf used sensors to perform the step of sensing identifying characteristics of

---

[1] "Once hit, the ball lands on the fairway, where 25 Speedway Revolution R420 readers are installed in the ground, each inside a protective enclosure that complies with NEMA specifications. Each reader controls as many as 24 antennas, via the eight-port multiplexer used to connect to the reader ports. As many as four interrogators are installed per target on the fairway, resulting in up to 87 read points . . . Each ball is equipped with an Impinj Monza 3 RFID tag chip with a unique EPC number encoded on it. That ID is captured by the reader, and Thinkify software links that number to the target zone ID and forwards it to the back-end system, where software provided by Infonaligy links the player with that specific ball and hitting bay."

the golf ball and identified from which of the plurality of golfing tees the golf ball originated.



| Allen, TX | Dallas, TX | Alexandria, VA |

63. On information and belief based on the below photograph taken in September 2016 during a site visit to Allen, Texas, Amit alleges that between May 23, 2011 and September 25, 2012 in its Allen, Texas golf range, Topgolf indexes the score of the scoring device which is located at the golfing tee corresponding to the identifying characteristic of the golf ball.

64. On information and belief based on the below photograph taken in September 2016 during a site visit to Dallas, Texas, Amit alleges that between September 14, 2010 and September 25, 2012 in its Dallas, Texas golf range, Topgolf indexes the score of the scoring device which is located at the golfing tee corresponding to the identifying characteristic of the golf ball.

//
//
//
//
//
//

1    65.  On information and belief based on the below photograph taken in
2  September 2016 during a site visit to Alexandria, Virginia, Amit alleges that
3  between September 14, 2010 and September 25, 2012 in its Alexandria, Virginia
4  golf range, Topgolf indexes the score of the scoring device which is located at the
5  golfing tee corresponding to the identifying characteristic of the golf ball.

| Allen, TX | Dallas, TX | Alexandria, VA |
|---|---|---|
|  | | |

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

66. On information and belief based on the review of player's manuals distributed at Topgolf's Allen, TX, Dallas, TX, and Alexandria, VA locations, Topgolf administers games wherein Topgolf provides different score values for the various black target greens depending on how close the golf ball landed to the center. For example, Topgolf provides a higher score value for hitting a golf ball at a center black target green than the edge black target greens, as illustrated by the scoring charts derived from Topgolf's Game Guide.

http://topgolf.com/assets/uploads/pdf/topgolf-game-guide-02.pdf



| TopGolf | TopScramble | TopScore | TopDrive |
|---------|-------------|----------|----------|
| 7<br>8<br>9<br>10<br>9<br>8<br>7 | 50<br>75<br>50 | 50<br>75<br>50 | 7<br>8<br>9<br>10<br>9<br>8<br>7 |

//
//
//
//
//

35

## **First Claim for Relief for Patent Infringement**

## **(U.S. Patent No. 5,370,389)**

67. Amit incorporates by reference paragraphs 1 to 66 as if set forth here in full.

68. Amit is the owner of the entire right, title, and interest in and to U.S. Patent No. 5,370,389 ("the '389 patent"), entitled "Golf Range Method and Apparatus," duly issued on December 6, 1994. A copy of the '389 patent is attached as Exhibit A.

69. Method Claim 1 of the '389 patent recites:

1. A method for playing a point-scoring game at a golfing range comprising the steps of:

(a) providing a plurality of golfing tees, each of which has an associated scoring device and a plurality of golf balls:

(b) providing each golf ball with an identifying characteristic which makes it possible to determine from which tee the golf ball originated;

(c) striking one of said golf balls at one of the plurality of golfing tees;

(d) providing a plurality of target greens which are remotely located from the plurality of golfing tees, each target green having a front portion and a rear portion, providing each target green with a receptacle hole and sloping the surface of each target green in a manner to cause said golf ball, once it lands upon the target green, to roll into said receptacle hole, said sloped surface forming an asymmetrical concave shape, said sloped surface having said receptacle hole located at its lowest point, said sloped surface having a profile, as viewed from the side of said target green, which is greatest in elevation at its rearmost end located at the rear portion of the target green furthest from said golfing tees, said profile continuously sloping downward, toward the front portion of the target green nearest to said golfing tees, until arriving at said receptacle hole, said downward slope travelling substantially more than one-half the distance between the front and rear portions of the target green, said profile, as it continues forward

36

from said receptacle hole, continuously sloping upward toward the front portion of the target green, said profile's forwardmost end located at the forward portion of the target green having an elevation that is significantly lower than that at its rearmost end, said upward slope travelling substantially less than one-half the distance between the front and rear portions of the target green;

(e) sensing said identifying characteristic of the golf ball, and identifying from which of said plurality of golfing tees the golf ball originated; and

(f) indexing the score of the scoring device which is located at the golfing tee corresponding to the identifying characteristic of said golf ball.

70.  Method claim 6 recites, "A method for playing a point-scoring game at a golfing range as recited in claim 1, wherein the step of indexing the score of said scoring device provides a different score value for each of said target greens."

71.  Topgolf has directly infringed the '389 patent in violation of 35 U.S.C. § 271, by, among other things, using, offering for sale, selling without license or authority, or directing and controlling another's performance of processes falling within the scope of claims 1 and 6 of the '389 patent, including without limitation its TopGolf, TopScramble, TopScore, and TopDrive games at its Alexandria, VA, Allen, TX, and Dallas, TX locations between September 14, 2010 and September 25, 2012.

72.  Topgolf was aware of the '389 patent at least before September 14, 2010, the start of the infringement period in this case, given that half of Topgolf's patent portfolio cites the '389 patent as prior art and all those patents were issued before September 14, 2010.

73.  Topgolf's infringement of the '389 patent was willful and deliberate. Despite knowledge of the '389 patent, Topgolf acted despite an objectively high likelihood that its actions constituted patent infringement. This objective risk was known to Topgolf and it is so obvious that it should have been known to Topgolf.

74. Amit has been damaged by Topgolf's conduct in an amount yet to be determined and is entitled to a remedy under 35 U.S.C. § 281 in the form of money damages under 35 U.S.C. § 284 adequate to compensate for the infringement.

### Prayer for Relief

WHEREFORE, Amit prays for judgment as follows:

75. That U.S. Patent No. 5,370,389 is valid and enforceable;

76. That Topgolf has directly infringed the '389 patent;

77. That Topgolf be ordered to pay compensatory damages to Amit, together with pre and post-judgment interest;

78. That Topgolf be ordered to provide an accounting;

79. That Topgolf be ordered to pay supplemental damages to Amit, and pre and post-judgment interest thereon;

80. That Topgolf be ordered to pay Amit's costs;

81. That the infringement by Topgolf be adjudged willful;

82. That the damages be enhanced under 35 U.S.C. § 284 to three times the amount found or measured;

83. That this be adjudged an exceptional case and that Amit be awarded costs and expenses in this action; and

84. That Amit be awarded such other and further relief as the Court may deem appropriate.

### Demand for Jury Trial

Amit hereby demands trial by jury on all issues.

Dated: September 14, 2016

Respectfully Submitted,

Amit Agarwal (*pro se*)

14420 Edinburgh Moor Dr.
Wimauma, FL 33598
310-351-6596
ama7386@gmail.com