# THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| AMIT AGARWAL,<br><br>       Plaintiff,<br><br>v.<br><br>TOPGOLF INTERNATIONAL, INC.,<br><br>       Defendant. | Case 8:16-cv-02641-VMC-JSS<br><br>**JURY TRIAL REQUESTED** |

## JOINT STATUS REPORT

Plaintiff Amit Agarwal and Defendant Topgolf International, Inc. provide this Joint Status Report pursuant to the Court's Order dated February 17, 2017. In that Order, the Court granted Defendant's unopposed motion to stay the case pending *inter partes* review proceedings at the United States Patent & Trademark Office ("USPTO") (Docket #35). The Court directed the parties to immediately notify the Court upon conclusion of the *inter partes* review. On July 19, 2017, the USPTO Patent Trial and Appeals Board instituted IPR2017-00928, finding a reasonable likelihood that claims 1 and 6 of the patent-in-suit are invalid as obvious. The parties participated in a trial on April 17, 2018.

On June 13, 2018, the Patent Trial and Appeals Board issued its Final Written Decision in IPR2017-00928 finding claims 1 and 6 unpatentable. On August 14, 2018, Plaintiff filed a Notice of Appeal with the U.S. Court of Appeals for the Federal Circuit. The Federal Circuit docketed the appeal as 18-2270 *Agarwal v. Topgolf International, Inc.* on August 20, 2018. That appeal remains pending. The parties consent to continuation of the stay until a final decision in the appeal.

Dated:  March 9, 2020           /s/  *K. Nicole Williams*

K. Nicole Williams, SBN 291900
Fish & Richardson, P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070
Facsimile: 858-678-5099
Email:  nwilliams@fr.com

Stephen R. Senn
Florida Bar No. 0833878
Peterson & Myers, P.A.
Post Office Box 24628
Lakeland, FL 33802-4628
Telephone: (863) 683-6511
Facsimile: (863) 682-8031
Email:  ssenn@petersonmyers.com

Attorneys for Defendant
TOPGOLF INTERNATIONAL, INC.

Dated:  March 9, 2019           /s/ *Amit Agarwal*

Amit Agarwal
14420 Edinburgh Moor Dr.
Wimauma, FL  33598
Telephone:  (813) 955-3949
Email:  ama7386@gmail.com

Pro se Plaintiff
AMIT AGARWAL

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 9, 2020 to all counsel of record pursuant to Civ. L.R. 1.07(c).

/s/ *K. Nicole Williams*
K. Nicole Williams
